MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

**RECEIVED**

APR - 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875
         **CA-N, 3:08-5439, 3:08-5440**
         PJH

Dear Clerk:

The enclosed copy of a Conditional Transfer Order **(CTO-319)** from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

## **\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure

A CERTIFIED TRUE COPY
ATTEST

By Jakela Mells on Mar 20, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Mar 04, 2009**

FILED
CLERK'S OFFICE

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

**FILED**

(SEE ATTACHED SCHEDULE)

$C \ 08 - 5439 \ RJH$

*APR - 1 2009*

**CONDITIONAL TRANSFER ORDER (CTO-319)**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,244 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 20, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 3·24·09

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

## SCHEDULE CTO-319 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
CAC  2  08-501        Larry Lindquist, et al. v. CLA-VAL Co., et al.

CALIFORNIA NORTHERN
CAN  3  08-5439       Pauline Smithson, et al. v. General Electric Co., et al.
CAN  3  08-5440       Shirley Ruby Holliday, et al. v. General Electric Co., et al.

LOUISIANA EASTERN
~~LAE  2   09-65~~        ~~Frank J. Williams, Jr. v. Lockheed Martin Corp., et al.~~
                      Opposed 3/20/09

MASSACHUSETTS
MA  1  08-10078       William A. O'Connell v. Foster Wheeler Energy Corp., et al.

MAINE
ME  1  09-32          Joseph N. Vigue, et al. v. Metropolitan Life Insurance Co., et al.
ME  2  09-7           Susan Leet, etc. v. Aurora Pump Co., et al.

MINNESOTA
MN  0  08-6408        Leo J. Selz v. Soo Line Railroad Co.
MN  0  08-6473        Edward Taticek v. Soo Line Railroad Co.
MN  0  09-97          Robert E. Mannelin v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-98          Lawrence Maul v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-99          Douglas A. Nystedt v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-101         Brenda Bischoff, etc. v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-102         Kenneth L. Olson v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-103         John Plevell v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-104         James E. Butler, Jr. v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-105         Clarence A. Cripps v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-106         Robert W. Pulkinen v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-107         James J. Dauer v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-108         Daniel F. Gangl v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-109         Gerald D. Saw v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-111         Marlyn Grunwald v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-112         Mark D. Jackson v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-113         John B. Thomatz v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-114         Louis R. Karakash v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-115         Karl R. Kuth v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-116         Carlo V. Toivari v. Garlock Sealing Technologies, LLC, et al.
MN  0  09-117         Leslie R. Wiedenhoft v. Garlock Sealing Technologies, LLC, et al.

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| MN 0 | 09-118 | Donald W. Zimmer v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 | 09-126 | Joseph M. Baudek v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 | 09-128 | Robert L. Gouldin v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 | 09-188 | Robert H. Mingo v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 | 09-189 | Michael L. Paun v. Garlock Sealing Technologies, LLC, et al. |

NORTH CAROLINA MIDDLE

| | | |
|---|---|---|
| NCM 1 | 08-935 | Dale Litaker, etc. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-13 | Jimmy A. Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-14 | Tyre L. Nicholson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-16 | Elmer Leslie Sisk, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-35 | Dwight Allen Barnhardt, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-36 | Paul Pritchett, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-47 | Jim Allen Woodell, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-48 | Terry Russell Tilley v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-49 | Robert Kenneth Whitlock, Sr. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-55 | Michael Cleve Bray, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-56 | Larry Joe Almond, et al. v. Aqua-Chem, Inc., et al. |

NORTH CAROLINA WESTERN

| | | |
|---|---|---|
| NCW 1 | 08-372 | Troy J. McAuley, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-374 | David Lee Pope, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 08-448 | Gary C. Whitworth, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-4 | Robert Lee Nichols, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-5 | Grover M. Ensley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-6 | Jim M. Vance, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-8 | Franklin Clinton Cloninger v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-9 | Eldridge Elmer Clark, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-11 | Johnny Miller Lytton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-12 | James Lee Plummer, Sr. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-13 | George Wagoner Ferguson, III, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-14 | Verline Borders Petty, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-15 | Larry Eugene Mauldin v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-16 | Stanley Earl Fox, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-17 | Gary Marvin Tench, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-19 | Gregory Lewis Gabriel, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-20 | Darrell Edward Garrison, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-21 | Richard Volan Rumfelt v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-24 | James Phillip Rhodes, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-25 | Clarence Barlow v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-26 | James Edgar Cooper, III, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

| | | |
|---|---|---|
| NCW 1 | 09-27 | Ernest Wade Currie, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-28 | Gary Eugene Davis, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-32 | Dennis Ray Drum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-33 | Ronnie Lewis Finger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-34 | David Sloan Edwards, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-35 | Donna Teague Garver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-36 | Joseph Dail Drum, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-37 | Scotty Paul Garver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-38 | Brenda Diane Greene v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-39 | Marvin Leroy Gee, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-73 | Billy Burklin Baber, et al. v. Aqua-Chem, Inc., et al. |

NEW JERSEY
NJ 2 09-193 ~~Joseph A. Matuska, et al. v. ABB, Inc., et al.~~ Opposed 3/18/09
NJ 2 09-257 ~~Gerald L. Hoffeditz, et al. v. AM General, LLC, et al.~~
Opposed 3/18/09

NEW YORK SOUTHERN
NYS 1 08-11010 ~~Francis Bruce Travis v. 3M Co., et al.~~ Opposed 3/19/09
NYS 1 08-11011 Dwight O. Johnson, Jr. v. Anchor Packing, et al.

OHIO NORTHERN
OHN 1 09-10000 Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 09-10001 Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

SOUTH CAROLINA
SC 0 09-100 Joyce C. Moses, et al. v. Aqua-Chem, Inc., et al.
SC 0 09-124 Mendel Wayne Godfrey, et al. v. Aqua-Chem, Inc., et al.
SC 0 09-222 Dean Lynn Dover, et al. v. Aqua-Chem, Inc., et al.
SC 0 09-224 Jimmie Keith Chapman v. Aqua-Chem, Inc., et al.
SC 0 09-225 Eugene Alfred Blackwell, et al. v. Aqua-Chem, Inc., et al.
SC 6 09-122 Randall Jewell Booker, et al. v. Aqua-Chem, Inc., et al.
SC 6 09-162 Larry Wayne Garmon, etc. v. Aqua-Chem, Inc., et al.
SC 7 09-179 Leslie Steven Hall, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-99 Donnie Ray Richardson v. Aqua-Chem, Inc., et al.
SC 8 09-101 Eugene Mack Edney, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-125 Michael Leonard Merck, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-127 Richard L. Wentzky, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-163 George Wesley Fincher, Jr. v. Aqua-Chem, Inc., et al.
SC 8 09-166 Don Richard Cox, Sr. v. Aqua-Chem, Inc., et al.
SC 8 09-176 Billy F. Owens, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-177 Weldon Cleo Masters, et al. v. Aqua-Chem, Inc., et al.
SC 8 09-180 Tony Oral Getsinger, et al. v. Aqua-Chem, Inc., et al.

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

TEXAS WESTERN
TXW 6 08-365 ~~Edward Wilhite, et al. v. Able Supply Co., et al.~~ **Vacated 3/12/09**

VIRGINIA EASTERN
| | | |
|---|---|---|
| VAE 2 | 06-8895 | Robert E. Harrelson v. American Standard, Inc., et al. |
| VAE 2 | 06-8896 | Kenneth E. Leslie v. American Standard, Inc., et al. |
| VAE 2 | 06-8898 | Carl H. Wilson, Sr. v. American Standard, Inc., et al. |
| VAE 2 | 08-9436 | Larry A. Ayers v. American Standard, Inc., et al. |
| VAE 2 | 08-9437 | Thomas Babbs v. American Standard, Inc., et al. |
| VAE 2 | 08-9438 | Julius Bahn v. American Standard, Inc., et al. |
| VAE 2 | 08-9439 | Gordon E. Breimon v. American Standard, Inc., et al. |
| VAE 2 | 08-9440 | Leo M. Bresnahan v. American Standard, Inc., et al. |
| VAE 2 | 08-9441 | Kenneth K. Carter v. American Standard, Inc., et al. |
| VAE 2 | 08-9442 | Richard C. Clark v. American Standard, Inc., et al. |
| VAE 2 | 08-9443 | Charles B. Correll v. American Standard, Inc., et al. |
| VAE 2 | 08-9444 | Tommy L. Davis v. American Standard, Inc., et al. |
| VAE 2 | 08-9445 | Everett C. Eivins v. American Standard, Inc., et al. |
| VAE 2 | 08-9446 | Paul L. Green v. American Standard, Inc., et al. |
| VAE 2 | 08-9447 | Frank D. Hartman v. American Standard, Inc., et al. |
| VAE 2 | 08-9448 | John T. Huffman v. American Standard, Inc., et al. |
| VAE 2 | 08-9449 | Robert F. Novack v. American Standard, Inc., et al. |
| VAE 2 | 08-9450 | Paul A. Fowler, Sr. v. American Standard, Inc., et al. |
| VAE 2 | 08-9451 | Don F. Gulbronson v. American Standard, Inc., et al. |
| VAE 2 | 09-9471 | Louis Coy v. American Standard, Inc., et al. |
| VAE 2 | 09-9472 | Edward J. Meeker v. American Standard, Inc., et al. |
| VAE 2 | 09-9473 | Glen Nelson v. American Standard, Inc., et al. |
| VAE 2 | 09-9474 | Lester A. Newton v. American Standard, Inc., et al. |
| VAE 2 | 09-9475 | Bennie R. Pope v. American Standard, Inc., et al. |
| VAE 2 | 09-9476 | Richard H. Ramsey v. American Standard, Inc., et al. |
| VAE 2 | 09-9477 | Harold D. Roberts v. American Standard, Inc., et al. |
| VAE 2 | 09-9478 | Max L. Scheper v. American Standard, Inc., et al. |
| VAE 2 | 09-9479 | Jim D. Shell v. American Standard, Inc., et al. |
| VAE 2 | 09-9480 | Stanley E. Smith v. American Standard, Inc., et al. |
| VAE 2 | 09-9481 | Forest D. Stufflebean v. American Standard, Inc., et al. |
| VAE 2 | 09-9482 | Jack Timmins v. American Standard, Inc., et al. |
| VAE 2 | 09-9483 | Joe L. Michael v. American Standard, Inc., et al. |
| VAE 2 | 09-9484 | Eugene N. Petersen, Jr. v. American Standard, Inc., et al. |
| VAE 2 | 09-9485 | Paul J. Powers v. American Standard, Inc., et al. |
| VAE 4 | 08-3259 | Paul H. Schulte v. Amchem Products, Inc., et al. |
| VAE 4 | 08-3260 | Herbert N. Powell v. American Air Liquide Corp., et al. |
| VAE 4 | 08-3261 | Robert L. Corley, Jr. v. Amchem Products, Inc., et al. |
| VAE 4 | 08-3262 | Clark M. White v. Amchem Products, Inc., et al. |
| VAE 4 | 08-3263 | Stephen Carl Mapp, Sr. v. Amchem Products, Inc., et al. |
| VAE 4 | 08-3264 | Hardy McClease Gallop, Jr. v. Amchem Products, Inc., et al. |

**MDL No. 875 - Schedule CTO-319 Tag-Along Actions (Continued)**

| VAE 4 | 08-3265 | James Edward Daniels, Jr. v. Amchem Products, Inc., et al. |
| VAE 4 | 08-3266 | Timothy Swain v. Amchem Products, Inc., et al. |
| VAE 4 | 08-3267 | Kenneth M. Watson v. Amchem Products, Inc., et al. |

WISCONSIN EASTERN
WIE 2 08-1006     Nancy Brix, etc. v. Albany International Corp., et al.